**Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00708-CV

_____

**FORUM US, INC., Appellant**

**V.**

**JEFFREY MUSSELWHITE, AUDIE ROMERO, ANTELOPE OIL TOOL & MFG. CO., LLC, INTERVALE CAPITAL, LLC, HKM CONSULTING, LLC AND WEARSOX, L.P., Appellees**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2013-60075

## ORDER

The reporter's record in this case was due November 27, 2017. *See* Tex. R. App. P. 35.1. We granted extensions to file the record through January 26, 2018. When we granted the last extension we stated that no further extensions would be granted absent exceptional circumstances. The record has not been filed with the

court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Patricia Palmer**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM